STATE of Missouri, Plaintiff–
Respondent,

v.

Toronald LEE, Defendant–Appellant.

No. 66497.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 16, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 12, 1995.

Curtis C. Crawford, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

## ORDER

PER CURIAM.

Defendant appeals after a jury convicted him of trafficking drugs in the second degree, § 195.223.3, RSMo 1994, and unlawful use of a weapon, § 571.030.1. We affirm.

We find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.25(b).